# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

131800

POLICE OFFICERS ASSOCIATION OF
MICHIGAN and COMMAND OFFICERS
ASSOCIATION OF MICHIGAN,
　　　　Plaintiffs-Appellants,

v

CITY OF MT. CLEMENTS, MACOMB COUNTY
SHERIFF, and MACOMB COUNTY,
　　　　Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131800
COA: 267100
Macomb CC: 2005-002326-CL

　　　　On order of the Court, the application for leave to appeal the June 27, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

p0220